CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of California



**FILED**

Feb 09 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ GloriaVocal        DEPUTY

)
)
Cir Comm General Rosa Adriana Pineda )
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

United States Marines

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.        **'26 CV0800 TWR DEB**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☑ No

## COMPLAINT FOR A CIVIL CASE

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Cir Commanding General Rosa Adriana Pineda
Street Address          8856 Kelburn Ave,
City and County         Spring Valley  91913
State and Zip Code      California
Telephone Number
E-mail Address          nagila.pi.neda@gmail.com

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

1

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

Defendant No. 1

Name — United States Marines

Job or Title *(if known)*

Street Address — Washington Street

City and County — San Diego

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name — The formal President Of United States

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

2

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Question          ☐ Diversity of Citizenship          ☐ U.S. Government Defendant

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of (*name*) _____. Or is a citizen of (*foreign nation*) _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b.    If the defendant is a Limited Liability Company (LLC)

   The defendant LLC's individual members, *(names)* _____

   are citizens of the following States or foreign nations *(names)*:

   _____.

3

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

c.      If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.    Venue

The Southern District of California includes the Counties of San Diego and Imperial. If <u>one</u> of the venue options below applies, the Southern District is the correct place to file your lawsuit.

Venue is appropriate in this Court because *(check all that apply)*:

☐      a substantial part of the events I am suing about occurred in San Diego or Imperial County

☐      a substantial part of the property I am suing about is located in San Diego or Imperial County

☐      I am suing the U.S. government, federal agency, or a federal official in his/her/their official capacity <u>and</u> I live in San Diego or Imperial County

☐      at least one defendant resides in this district and all other defendants reside in California

☐      Other (identify the specific statute that says venue is proper here):

_____.

4

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## IV.    Statement of Claim(s)

Write a short and plain statement of each claim or legal cause of action you believe entitles you to relief.  In your own words, briefly explain <u>what</u> each defendant did, <u>when</u> and <u>where</u> they did it, and <u>how</u> each defendant's acts or omissions caused you harm. If you wish to make more than one claim for relief, number each one and include a short and plain statement of each claim in a separate paragraph, as set forth below. Attach additional pages if needed.

A.    FIRST CLAIM FOR RELIEF: _____ (identify the law or right you

claim was violated), by _____

(name the defendant(s) involved).

Supporting Facts: (explain what happened): I would like to Inactive formally to the None Erick Smith from any type of ocupation on the Military and the Community, he is not

Inactive formally to the None Daniel Rubio, he is not in active duty anymore or part of the Community

Inactive Erick Smith for tha is none, he is not in active duty anymore or part of the Community

The property of Kelburn are to the with Orginal Owner with, address 8856 Kelburn Ave, Spring Valley 91913, Is 50% for Jason Barraza and the other 50% for Mark Snoodgrass both on complete responsability of Grandpa Rick in the most honorable manner for his well honor and respect.
As a Veteran Air force. The property where Kyle lives Wha is my property and city by Presidential lacity is The home ranch on suisun valley and city of fairfield.

5

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

**IV.  Statement of Claim(s) (cont'd)**

B.  SECOND CLAIM FOR RELIEF: Vnited States of America (identify the law or right you claim was violated), by _____ (name the defendant(s) involved).

Supporting Facts: (explain what happened): From my side the Vnited States of America is a coontry under territory population and Goverment

The Constituition of Vnited States is the Supreme Law of Vnited States

Sincerely
Cir Commanding General Rosa Adriane Pineda Aquila.

C.  THIRD CLAIM FOR RELIEF: My Signature (identify the law or right you claim was violated), by _____ (name the defendant(s) involved).

Supporting Facts: (explain what happened): I would like Protection to Patent to My artist Signature please;

RAPA and

My California ID Y8339112

Sincerelly
Cir Comm General Rosa Adriarel Pine du Agvi hu.

6

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.

☐    Money damages in the amount of: _____.

☐    Other (explain): _____

_____

_____

_____

_____

_____.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or lack of information.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    02/09/26

Plaintiff's Signature:    Cir Commanding General Rosa Adriana Pineda

Plaintiff's Printed Name:    Cir Comm Gen Rosa Adriana Pineda Aguila

7